```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 09274
    KRISTIN T HOSPES
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-4841


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 05/22/07 .

    2.   The case was dismissed without confirmation, 09/21/2007.

------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
NEW CENTURY MORTGAGE        CURRENT MORTG             .00          .00             .00
NEW CENTURY MORTGAGE        MORTGAGE ARRE NOT FILED                .00             .00
NEW CENTURY MORTGAGE        SECURED                   .00          .00             .00
NEW CENTURY MORTGAGE        MORTGAGE ARRE NOT FILED                .00             .00
GMAC PAYMENT CENTER         SECURED VEHIC             .00          .00             .00
ACCELERATED REHABILITATI    UNSECURED     NOT FILED                .00             .00
HINSDALE HOSPITAL           UNSECURED     NOT FILED                .00             .00
GOOD SAMARITAN HOSPITAL     UNSECURED     NOT FILED                .00             .00
ASSET ACCEPTANCE CORP       UNSECURED     NOT FILED                .00             .00
BC SERVICES                 UNSECURED     NOT FILED                .00             .00
CITIBANK                    UNSECURED     NOT FILED                .00             .00
COLUMBIA HOUSE              UNSECURED     NOT FILED                .00             .00
CREDIT PROTECTION ASSOC     UNSECURED     NOT FILED                .00             .00
ICS INC                     UNSECURED     NOT FILED                .00             .00
ICS INC                     UNSECURED     NOT FILED                .00             .00
NELNET                      UNSECURED     NOT FILED                .00             .00
NORTHWESTERN MEDICAL FAC    UNSECURED     NOT FILED                .00             .00
NORTHWESTERN MEMORIAL HO    UNSECURED     NOT FILED                .00             .00
OMNIUM WOLDWIDE INC         UNSECURED     NOT FILED                .00             .00
ROUNDUP FUNDING LLC         UNSECURED     NOT FILED                .00             .00
------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                              PAID            PAID

RMAPUR 1                    UNSECURED     NOT FILED                .00             .00
THE BUREAUS INC             UNSECURED     NOT FILED                .00             .00
PROVIDIAN NATIONAL BANK     UNSECURED     NOT FILED                .00             .00
            Summary of disbursements:
------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00          .00          .00            .00
PRINCIPAL PAID         .00           .00          .00          .00            .00
INTEREST PAID          .00           .00          .00          .00            .00
TOTAL PAID             .00           .00          .00          .00            .00
```

The Debtor's attorney, JOHN C DENT                , was allowed $   3500.00 and was paid $     315.00   direct and $        .00   through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/19/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE